THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:08CV00031 DS |
| Petitioner, | ) | |
| vs. | ) | |
| | ) | ORDER |
| STEPHEN B. YOUNG, | ) | |
| Respondent. | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

The Court having considered *de novo* the Report & Recommendation ("R&R") of the Magistrate Judge, and there being no timely objection to the R&R, the Court concludes that the R&R is correct in every material respect and adopts it as the Court's own opinion.

Accordingly, IT IS ORDERED that Respondent is to provide the information required by the IRS Summonses no later than 30 days from the date of this Order.

DATED this 29th day of May, 2008.

BY THE COURT:

DAVID SAM
SENIOR JUDGE
UNITED STATES DISTRICT COURT